IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TEAM LOGISTICS, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ORDERPRO LOGISTICS, INC., et al., )<br>)<br>Defendants. ) | Case No. 04-2061-JPO |

**<u>ORDER</u>**

This case comes before the court on a motion filed by plaintiff Paul Titus to reopen the September 14, 2007 evidentiary hearing on Mr. Titus' separate motion for citation to show cause **(doc. 240)**. The instant motion has been opposed by defendant OrderPro Logistics, Inc. (doc. 242), and plaintiff has filed a reply (doc. 243).

The court profusely apologizes to the parties and counsel for the long time this issue has remained unresolved. Unfortunately, several high-profile cases of considerable complexity have diverted the court's resources. Although a *very* close call here, the court ultimately is unpersuaded that plaintiff has shown good cause to reopen the evidentiary hearing. Therefore, that motion is respectfully denied. The court retains under advisement plaintiff's underlying motion for a contempt citation (doc. 224).

As reflected by the court's order of September 17, 2007 (doc. 238), it would be quite helpful if the parties were to file proposed findings of fact and conclusions of law. Among other issues, these briefs should address the legal issue of holding a corporation in contempt

for failure to comply based on impossibility.  Plaintiff shall file his brief by **January 11, 2008**.  Defendant shall file its response by **January 21, 2008**.  Plaintiff shall file any reply by **January 31, 2008**.

IT IS SO ORDERED.

Dated this 17th day of December, 2007 at Kansas City, Kansas.

 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge